1   SUE FAHAMI
  Acting United States Attorney
2   District of Nevada
  Nevada Bar No. 5634
3   CLAY A. PLUMMER
  Nevada Bar No. 6778
4   Special Assistant United States Attorney
  501 Las Vegas Boulevard South, Suite 1100
5   Las Vegas, Nevada 89101
  Tel: (702) 388-6336
6   clay.plummer@usdoj.gov
  *Attorneys for the United States*

7

            **UNITED STATES DISTRICT COURT**
8                 **DISTRICT OF NEVADA**

9   UNITED STATES OF AMERICA,     Case No. 2:25-mj-00204-BNW

10          Plaintiff,

11      v.                    **Stipulation to Extend Deadlines
to Conduct Preliminary Hearing and
File Indictment (First Request)**
12   JOSE MIGUEL GUTIERREZ-CHAVARRIA,
    aka "Miguel Angel Gutierrez-Casale,"
13     aka "Gustavo Gutierrez,"
    aka "Miguel Gutierrez,"
14

15          Defendant.

16

17      IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami,

18 Acting United States Attorney, and Clay Plummer, Special Assistant United States

19 Attorney, counsel for the United States of America, and _Hannah Nelson_, Assistant

20 Federal Public Defender, counsel for JOSE MIGUEL GUTIERREZ-CHAVARRIA that

21 the Court schedule the preliminary hearing in this case for no earlier than 90 days from the

22 date of the Defendant's initial appearance. The preliminary hearing is currently set for _31st_

23 of March 2025, at _4 p.m._. This request requires that the Court extend two deadlines: (1)

24 that a preliminary hearing be conducted within 14 days of a detained defendant's initial

1    appearance, *see* Fed. R. Crim. P. 5.1(c); and (2) that an information or indictment be filed

2    within 30 days of a defendant's arrest, *see* 18 U.S.C. § 3161(b).

3          This stipulation is entered into for the following reasons:

4          1.     The United States Attorney's Office has developed an early disposition

5    program for immigration cases, authorized by the Attorney General pursuant to the

6    PROTECT ACT of 2003, Pub. L. 108-21.

7          2.     The early disposition program for immigration cases is designed to: (1) reduce

8    the number of hearings required in order to dispose of a criminal case; (2) avoid having

9    more cases added to the court's trial calendar, while still discharging the government's duty

10   to prosecute federal crimes; (3) reduce the amount of time between complaint and

11   sentencing; and (4) avoid adding significant time to the grand jury calendar to seek

12   indictments in immigration cases, which in turn reduces court costs.

13         3.     The government has made a plea offer in this case that requires defendant to

14   waive specific rights and hearings in exchange for "fast-track" downward departure under

15   USSG § 5K3.1. This offer will be withdrawn if it is not timely accepted before this matter is

16   indicted and before a preliminary hearing is held.

17         4.     Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the

18   preliminary hearing within a reasonable time, but no later than 14 days after the initial

19   appearance if the defendant is in custody . . . ."

20         5.     However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a

21   showing of good cause—taking into account the public interest in the prompt disposition of

22   criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more

23   times . . . ."

24

6.      Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges."

7.      Defendant needs additional time to review the discovery and investigate potential defenses to make an informed decision as to how to proceed, including whether to accept the fast-track plea agreement.

8.      Accordingly, the parties jointly request that the Court schedule the preliminary hearing in this case no sooner than 90 days from the Defendant's initial appearance.

9.      Defendant is in custody and agrees to the extension of the 14-day deadline imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C. § 3161(b), provided that the information or indictment is filed on or before the date ordered pursuant to this stipulation.

10.     The parties agree to the extension of that deadline.

11.     This extension supports the public interest in the prompt disposition of criminal cases by permitting defendant to consider entering into a plea agreement under the United States Attorney's Office's fast-track program for § 1326 defendants.

12.     Accordingly, the additional time requested by this stipulation is allowed under Federal Rule of Criminal Procedure 5.1(d).

13.     In addition, the parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy

1    Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C.

2    § 3161(h)(7)(B)(i) and (iv).

3            14.    This is the first request for an extension of the deadlines by which to conduct

4    the preliminary hearing and to file an indictment.

5            DATED this ⎵th day of March, 2025.

6                                              Respectfully submitted,

7    RENE VALLADARES                          SUE FAHAMI
     Federal Public Defender                  Acting United States Attorney

8    /s/                                      /s/ Clay Plummer
9                                              CLAY A PLUMMER
     Assistant Federal Public Defender        Assistant United States Attorneys
10   Counsel for Defendant
     ELVIN JOEL PACHECO-
11   HERNANDEZ

12

13

14

15

16

17

18

19

20

21

22

23

24

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00204-BNW |
| Plaintiff, | |
| v. | **[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |
| JOSE MIGUEL GUTIERREZ-CHAVARRIA, aka "Miguel Angel Gutierrez-Casale," aka "Gustavo Gutierrez," aka "Miguel Gutierrez," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the 31 day of March, 2025 at the hour of 4 p.m., be vacated and continued to 6/30/2025 at the hour of 4:00 PM

DATED this 19 day of March, 2025.

_____
HON. BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

5