UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSE MIGUEL GUTIERREZ-CHAVARRIA,<br><br>　　　　Defendant. | Case No. 2:25-mj-00204-MDC-1<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, June 30, 2025 at 4:00 p.m. be vacated and continued to August 20, 2025 at the hour of <u>4:00 pm</u>.

　　　DATED this 22 of May 2025.

_____
UNITED STATES MAGISTRATE JUDGE