UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>       v.<br><br>JOSE MIGUEL GUTIERREZ-CHAVARRIA,<br><br>           Defendant. | Case No. 2:25-mj-00204-MDC-1<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, August 20, 2025 at 4:00 p.m. be vacated and continued to August 27, 2025 at the hour of 4:00 p.m. in LV Courtroom 3B.

      DATED this 13th of August 2025.

                                                                        UNITED STATES MAGISTRATE JUDGE

3